■ NINA BERNSTEIN, Respondent, v ROBERT BERNSTEIN, Appellant.—In an action in which a judgment of the Supreme Court, Nassau County, was entered on July 3, 1975 granting plaintiff a divorce, defendant appeals, as limited by his notice of appeal and brief, from those portions of the said judgment which (1) granted plaintiff a divorce; (2) awarded plaintiff alimony, child support, a counsel fee and one half of a jointly owned bond; (3) provided for the sale of the marital residence; (4) fixed his present visitation rights and (5) allowed him a credit of only $1,000, representing items charged by plaintiff after their separation. Judgment modified, on the facts, by reducing the amount awarded for child support in the fourth decretal paragraph thereof to $100 per week. As so modified, judgment affirmed insofar as appealed from, without costs. We concur in the decision at Special Term except as to the award for child support, which we deem excessive to the extent indicated herein. Rabin, Acting P. J., Latham, Margett, Christ and Shapiro, JJ., concur.

■ THELMA BOHEN, Formerly Known as THELMA AUERBACH, Respondent, v BARRY AUERBACH, Appellant.—In a proceeding for an upward modification of child support payments, the respondent father appeals, as limited by his brief, from so much of an order of the Family Court, Nassau County, entered May 22, 1975, as denied his motion for a protective order and directed him to produce certain items in accordance with an opinion of the same court, dated May 21, 1975. Leave to appeal from the order is hereby granted. Order affirmed insofar as appealed from, with $50 costs and disbursements. While the order is not appealable as of right (Family Ct. Act, § 1112), we treat this appeal as including an application for leave to appeal and grant such application *nunc pro tunc.* We believe that the order under review evidenced a proper exercise of discretion. We have examined appellant's remaining arguments and find them to be without merit. Gulotta, P. J., Rabin, Hopkins, Martuscello and Cohalan, JJ., concur.

■ LAURA M. EMANUEL, by Her Father and Natural Guardian, SALVATORE EMANUEL, et al., Appellants, v ROSE DUVA, Respondent, et al., Defendant.—In an action to recover damages for personal injuries, etc., plaintiffs appeal from a judgment of the Supreme Court, Nassau County, entered June 26, 1974, in favor of respondent, upon a jury verdict. Judgment affirmed, with costs. In our opinion, the trial court, in its instructions to the jury, provided sufficient legal guidance to it for the rendition of its verdict. Rabin, Acting P. J., Latham, Margett, Christ and Shapiro, JJ., concur.